374 A.2d 696

Brittany, Inc. v. Canjar, Appellant, et al.

Tchirkow v. Canjar, et al., Appellants.

Argued April 14, 1977.  G. Frances Canjar, appellant, in *propria persona*;  Robert O. Lampl, for appellee.

Appeals quashed.

VAN der VOORT, J., absent.

374 A.2d 697

Brockway  Motor  Trucks,  Appellant,  v.  Lewis.

Argued April 11, 1977.  Samuel M. Rosenzweig, for appellant; Harry J. Gruener, with him Litman, Litman, Harris & Specter, for appellee.

Judgment affirmed.

VAN der VOORT, J., absent.